No. 5134.

LACEY & BUTLER VS. POLICE JURY OF THE PARISH OF ST. BERNARD.

The employment of plaintiffs to defend a suit against the parish of St. Bernard was the creation of a debt, and no provision was made for the payment thereof. The contract was therefore invalid, under section 2786, Revised Statutes. But as the defendant, against whom judgment was given, neither appealed nor answered the appeal praying an amendment of the judgment, the judgment must be affirmed.

The request in the brief for an amendment of the judgment so as to reject the demand of plaintiffs will not be noticed. Pleadings can not be made in a brief or argument of counsel.

APPEAL from the Second Judicial District Court, parish of St. Bernard.    *Pardee*, J.    Jury trial.    *Lacey & Butler*, personally, plaintiffs and appellants.    *P. P. Carroll*, Parish Attorney, for defendant and appellee.

WYLY, J.    Plaintiffs sued the parish of St. Bernard for twenty-seven hundred dollars, the alleged value of their services as attorneys at law in defending a suit for said parish.    They recovered a judgment, on the

verdict of a jury, for eighteen hundred dollars, and, being dissatisfied therewith, they appealed. The defendant did not appeal.

"The police juries of the several parishes and the constituted authorities of incorporated towns and cities in this State shall not hereafter have power to contract any debt or pecuniary liability without fully providing in the ordinance creating the debt the means of paying the principal and interest of the debt so contracted." Revised Statutes, section 2786.

The employment of plaintiffs to defend the suit against the parish was the creation of a debt, and no provision was made for the payment thereof. The contract was, therefore, invalid. But as the defendant neither appealed nor answered the appeal praying an amendment of the judgment in its favor, the judgment must be affirmed.

The request in the brief for an amendment of the judgment so as to reject the demand of plaintiff will not be noticed. Pleadings can not be made in a brief or argument of counsel.

Judgment affirmed.